# FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

RAJINDER PAL SINGH,
                  *Petitioner-Appellant,*

                  v.

JANET NAPOLITANO, Secretary
Department of Homeland Security;
NANCY ALCANTAR, Field Office
Director, Immigration and
Customs Enforcement; ERIC H.
HOLDER Jr., Attorney General of
the United States,
                  *Respondents-Appellees.*

No. 07-16988

D.C. No.
CV-07-03943-MMC
Northern District of
California,
San Francisco

ORDER

Filed August 11, 2009

Before: J. Clifford Wallace, Jerome Farris and
M. Margaret McKeown, Circuit Judges.

## ORDER

The case is remanded to the Board of Immigration Appeals for the limited purpose of ruling upon whether the Board had jurisdiction to hear Singh's ineffective assistance of counsel claims and what effect, if any, the Attorney General's recent opinion in *In re Compean*, 25 I&N Dec. 1, 3 (A.G. 2009), has on this case. The Board shall advise this court of any action or decision.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009 Thomson Reuters/West.